ROBINSON *v.* THE STATE.

DUCKWORTH, Justice. The defendant having been jointly indicted, tried, and convicted with the defendant in *Grier* v. *State, ante;* and the assignments of error and grounds of objections being identical, this case

is controlled adversely to the plaintiff in error by the rulings in that case.                    *Judgment affirmed.   All the Justices concur.*

No. 14610.   SEPTEMBER 10, 1943.

. *F. L. Clements,* for plaintiff in error.

*T. Grady Head, attorney-general, Charles H. Garrett, solicitor-general,* and *L. C. Groves, assistant attorney-general,* contra.